```
```


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Tell Beharry,

                Plaintiff,                      18 **CIVIL** 2042 (AJN)

        -against-                      **JUDGMENT**

The City of New York,

                Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 19, 2020, Defendant's motion for summary judgment is granted with respect to Plaintiff's Title VII claims, and the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims under the NYSHRL and NYCHRL; accordingly, this case is closed.

**Dated:**  New York, New York
          October 19, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                      **BY:**
                                        **Deputy Clerk**